9833556



US MARSHALS SERVICE N/TX
FORT WORTH, TX
2015 JUN 11  PM 4:33

# United States District Court
# Northern District of Texas
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.

JESSICA JUDGE

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 4:15-cr-151-O (13)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   JESSICA JUDGE
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

in violation of Title  21
United States Code, Section(s)
846

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      AUG 1 0 2015
CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L Cureton
Judge

June 11, 2015
Date

Fort Worth, TX
Location

/s/ W. Barnes
(By) Deputy Clerk

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 08-09-2015 | DUSM PRINZ | (signature) |