ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:15-CR-151-O

JESSICA JUDGE (13)

FACTUAL RESUME

INDICTMENT:     Count One:  Conspiracy to Possess with Intent to Distribute a
                Controlled Substance (methamphetamine) (in violation of
                21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:    $5,000,000 fine - not less than 5 years imprisonment and not more than 40
            years imprisonment, or both such fine and imprisonment, plus a term of
            supervised release of not less than 4 years.

MAXIMUM PENALTY:
        $5,000,000 fine and not less than five (5) years nor more than forty (40)
        years imprisonment, plus a term of supervised release of not less than 4
        years.  If the defendant violates any condition of supervised release, the
        Court may revoke such term of supervised release and require the defendant
        to serve an additional period of confinement.  Further the Court must
        impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Indictment are as follows:

First:      That two or more persons, directly or indirectly, reached an agreement to
            distribute or possess with intent to distribute a controlled substance, as
            charged in the indictment;

Second:     That the defendant knew of the unlawful purpose of the agreement;

Third:      That the defendant joined in the agreement willfully, that is, with the intent
            to further its unlawful purpose; and

**Factual Resume - Page 1**

Fourth:    That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Since approximately 2014, Jessica Judge received ounce and multi-ounce quantities of methamphetamine on consignment from Tonya Blackwood, and others.  In turn, Jessica Judge distributed methamphetamine to various customers, to include Charles Deeds, in the Fort Worth and North Richland Hills, Texas areas, returning to Tonya Blackwood, and others, for additional methamphetamine.  In this manner, Jessica Judge, Charles Deeds, and Tonya Blackwood conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 19th day of August, 2015.


_____        _____
JESSICA JUDGE                           SELIM FIAGOME
Defendant                               Counsel for Defendant


**Factual Resume - Page 2**